# Exhibit 2

| US8065191 | OneGold ("The accused instrumentality") |
|---|---|
| 10. A method of maintaining an account for purchase of at least one tangible commodity at a posted and locked-in price current at time of purchase and for delivery on-demand of the at least one tangible commodity regardless of a price current at time of delivery, the method including the steps of: | The accused instrumentality practices a method of maintaining an account (e.g., a user account) for purchase of at least one tangible commodity (e.g., a physical gold bar) at a posted and locked-in price current at time of purchase (e.g., a current market price of the gold during purchase) and for delivery on-demand (e.g., delivery of physical gold bar to a specific location) of the at least one tangible commodity (e.g., a physical gold bar) regardless of a price current at time of delivery (e.g., a current market price of gold during redemption).<br><br>As shown below, the accused instrumentality allows users to buy and sell gold in digital form. When the user buys gold on the platform, each digital unit represents real physical metal stored in secure vaults in different locations. During the transaction, the price is fixed (locked-in) at the market rate at the exact time of purchase. When the user chooses to redeem the digital gold for physical metal, they receive that same quantity of gold, regardless of whether the market price has gone up or down since the time of purchase.<br><br> |

https://www.onegold.com/




https://www.onegold.com/

## Why Buy Precious Metals with OneGold?

Investing in precious metals can be a challenge. Physical bullion poses problems of liquidity, storage, and more. But OneGold changes that.

OneGold is the most convenient precious metals trading platform available. With digital gold and silver through our easy-to-use trading platform, you can trade in fractional precious metals at any time. And best of all, they're backed by actual physical precious metals.

https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold

| | |
|---|---|
| | Reasons to Buy with OneGold<br><br>OneGold carries several unique advantages that set it apart from its competitors in both physical bullion and digital precious metals.<br><br>100% Physical Metal Backing<br><br>Every single ounce of precious metals you buy digitally is backed by a physical ounce in one of our secure locations worldwide.<br><br>https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold<br><br>Worldwide Storage<br><br>We have multiple secure locations worldwide, and you can choose where your precious metals are stored. Pick one of the United States, Canada, U.K., and Switzerland.<br><br>https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold<br><br>Why are there multiple options for storage?<br><br>OneGold offers a variety of storage options for customers in secure vaults around the world. As OneGold products do not differ by location, multiple storage solutions are available through OneGold to suit your individual preferences.<br><br>https://www.onegold.com/products/gold |

| | |
|---|---|
| | **Transparent Ownership**<br>You can tell where your assets are stored and access the details of your holdings at any time.<br>**Physical Redemption**<br>Unlike other forms of precious metals ownership like ETFs or stocks, OneGold allows you to redeem your investments for physical precious metals. Customers who take delivery of physical precious metals get APMEX's best-tier pricing. Metals are shipped by APMEX the next business day.<br>https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold<br><br>**OneGold: Buy Gold & Silver**<br>OneGold, LLC<br>3.1★ 5.25K reviews<br>100K+ Downloads<br>Install Share Add to wishlist<br>This app is available for all of your devices<br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |

| | |
|---|---|
| | OneGold: Buy Gold & Silver<br>About this app<br><br>Easy bullion trading with instant access to vaulted gold, silver, and platinum, built by industry leaders in APMEX and Sprott.<br><br>■ Trade bullion 24/7 through the OneGold mobile app<br>■ Buy Gold and Silver, and platinum at fraction of retail premiums<br>■ Live Gold and Silver prices<br>■ Interactive charts, real-time alerts, daily news, and more!<br><br>Investing in gold and silver has never been easier, or more secure. If you're looking for an all-encompassing precious metals investing platform built by industry leaders, you've come to the right place. Our precious metals investing app allows you to buy Gold, buy Silver bullion, or buy Platinum, in your choice of top-tier vaults around the globe. With a free download, you can access Silver and Gold prices live, 24/7 trading, and unique investment tools such as AutoInvest, custom market alerts, and more! Capitalize on gold price movements or sell silver in a matter of seconds with the OneGold mobile app. To be clear, this is not a gold stock, or a digital gold investing app. The OneGold app is offering real vaulted precious metals that are secured, audited and insured.<br><br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=FQxe6R2kucg |



**Pre-Fund**

Send funds to your OneGold cash balance.
If you prefer not to pre-fund, you may skip
this step and lock in pricing from the buy page.

**Buy**

Lock in your buy order at
the current spot price.

**Secure Storage**

Rest assured as metals are held with proven storage partners
such as MKS PAMP, Loomis International, Brinks, APMEX, and
The Royal Canadian Mint, or at other physically secure
locations. Metals are insured through the Lloyd's of London.

**Redeem**

Convert vaulted holdings to physical product
via APMEX. Select between any of
their 20K+ product options.

**Sell**

Holdings can be liquidated 24 hours a day.

https://www.onegold.com/howitworks

ONEGOLD How it works Products Services Resources About Us Credit Card Login Sign Up

Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →

# Physical Redemption

Take possession of physical precious metals easily. The combined efforts of APMEX and OneGold give investors unparalleled convenience, safety, and security.

https://www.onegold.com/redeem



Redeem allows you to convert your vaulted gold, silver, or platinum to physical metal delivered to your address. In doing so, you are selling the vaulted holdings at the current market rate and applying the resulting cash balance to the redeem order. When selling, you will receive the current bid price minus 0.30%.

https://www.onegold.com/redeem

# Can I trade in my digital metals for physical metals?

Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.

https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals

ONEGOLD How it works Products Services Resources About Us Credit Card

**Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →**

## Before You Ship

- Redeem orders are typically shipped within one business day and are shipped free of charge to addresses within the U.S.
- International orders will often require a shipping fee. Here is a list of countries we can ship to, along with fees specific to each.

https://www.onegold.com/redeem

- When a redeem order is approved, the order will be shipped to the address that has been verified. You can reach out to us to update this address at any time. You are able to update your address, but any address change request will need to be approved by our internal department before we can update.

https://support.onegold.com/hc/en-us/articles/360055709692-Are-there-any-requirements-to-place-a-redeem-order




https://www.onegold.com/live-gold-price

| | |
|---|---|
| | <br>https://www.onegold.com/products/gold<br><br>As shown below, the accused instrumentality allows a customer to purchase a tangible commodity (e.g., gold) at the current market price i.e., $1797.40 (e.g., a posted and locked-in price). |

<table>
<tr>
<td></td>
<td>

https://www.youtube.com/watch?v=FQxe6R2kucg</td>
</tr>
<tr>
<td>establishing, using a computer-based system, a bulk refillable account for an individual user;</td>
<td>The accused instrumentality practices establishing, using a computer-based system (e.g., a server of the accused instrumentality), a bulk refillable account (e.g., an account of a user) for an individual user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows a user to create an account for storing digital gold. Also, the user account is refilled by making additional purchases, etc.<br><br>
</td>
</tr>
</table>

| | |
|---|---|
| | https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold<br><br>As shown below, the accused instrumentality allows the user to create an account for making purchases, etc.<br><br><br><br>https://www.onegold.com/howitworks |

## How to Start Gold Investing with OneGold

With a deep understanding of precious metals unmatched in any competing partnership, APMEX and Sprott came together with a shared vision for the evolution of precious metals ownership. OneGold is the result of the knowledge, experience, and resources of these two globally recognized partners.

1. Create a free account at OneGold.com.
2. Choose between our selection of investment-grade precious metals.
3. Low premiums and tight spreads.
4. Purchase using Bitcoin, Check, Credit Card or connect your Bank Account.

https://www.onegold.com/education-center/gold/how-to-buy-gold

## Join OneGold Today

- Buy and store bullion in your choice of secure vaults around the world.
- Earn precious metals rewards with The Bullion Card.
- Use modern features like limit orders and AutoInvest.

Create Your **Free Account** Now

### Create Your Account

First Name

Last Name

Email Address

Password

Confirm Password

Country of Residence

United States

Currency

Help

https://www.onegold.com/app/account/register?cb=1

# OneGold: Buy Gold & Silver

OneGold, LLC

3.1★ 5.25K reviews | 100K+ Downloads

Install | Share | Add to wishlist

This app is available for all of your devices

https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US

## OneGold: Buy Gold & Silver

About this app

Easy bullion trading with instant access to vaulted gold, silver, and platinum, built by industry leaders in APMEX and Sprott.

- Trade bullion 24/7 through the OneGold mobile app
- Buy Gold and Silver, and platinum at fraction of retail premiums
- Live Gold and Silver prices
- Interactive charts, real-time alerts, daily news, and more!

Investing in gold and silver has never been easier, or more secure. If you're looking for an all-encompassing precious metals investing platform built by industry leaders, you've come to the right place. Our precious metals investing app allows you to buy Gold, buy Silver bullion, or buy Platinum, in your choice of top-tier vaults around the globe. With a free download, you can access Silver and Gold prices live, 24/7 trading, and unique investment tools such as AutoInvest, custom market alerts, and more! Capitalize on gold price movements or sell silver in a matter of seconds with the OneGold mobile app. To be clear, this is not a gold stock, or a digital gold investing app. The OneGold app is offering real vaulted precious metals that are secured, audited and insured.

https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US

| | |
|---|---|
| | **Modern Metals Trading**<br>OneGold is the most efficient, cost-effective, and secure means of metals ownership. Now it's the most convenient. Track prices and trade 24/7 in one intuitive app.<br>Download on the App Store GET IT ON Google Play<br><br><br>https://www.onegold.com/mobileapp |




https://www.onegold.com/mobileapp

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=FQxe6R2kucg
</td>
</tr>
<tr>
<td>establishing, by the computer-based system, a current account balance for each commodity in quantity units;</td>
<td>The accused instrumentality practices establishing, by the computer-based system (e.g., a server of the accused instrumentality), a current account balance (e.g., total quantity) for each commodity (e.g., gold etc.) in quantity units (e.g., ounces, grams, etc.).<br><br>As shown below, the accused instrumentality displays existing balance for each commodity such as gold in specific quantity units.</td>
</tr>
</table>

Transparent Ownership

You can tell where your assets are stored and access the details of your holdings at any time.

https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold

As shown below, the accused instrumentality displays existing balance for each commodity such as gold in specific quantity units.

### Modern Metals Trading

OneGold is the most efficient, cost-effective, and secure means of metals ownership. Now it's the most convenient. Track prices and trade 24/7 in one intuitive app.

Download on the App Store   GET IT ON Google Play




https://www.onegold.com/mobileapp

| | |
|---|---|
| | <br>https://www.onegold.com/mobileapp |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=FQxe6R2kucg |
| accessing, by the computer-based system, the account by the user; | The accused instrumentality practices accessing, by the computer-based system (e.g., a server of the accused instrumentality), the account (e.g., a user's account) by the user (e.g., a user of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows the user to view their account. |

## What is the difference in using the mobile app and mobile website?

The OneGold mobile app will enable users to access their accounts, transact, read gold and silver-related news, and monitor portfolio performance, all without needing to log in to the mobile site. The app is also designed for mobile use, so it is optimized for your mobile device.

https://support.onegold.com/hc/en-us/articles/360038340811-What-is-the-difference-in-using-the-mobile-app-and-mobile-website

### Transparent Ownership

You can tell where your assets are stored and access the details of your holdings at any time.

https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold

| | |
|---|---|
| | <br><br>https://www.onegold.com/mobileapp |




https://www.onegold.com/mobileapp

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=FQxe6R2kucg |
| transacting, by the computer-based system, for delivery of a selected tangible commodity, delivery being available on- | The accused instrumentality practices transacting (e.g., an online transaction), by the computer-based system (e.g., a server of the accused instrumentality), for delivery (e.g., delivery at a user's selected location) of a selected tangible commodity (e.g., a physical gold bar, etc.), delivery being available on-demand at a plurality of specific locations (e.g., multiple US locations, etc.). |

<table>
<tr>
<td>demand at a plurality of specific locations;</td>
<td>
As shown below, the accused instrumentality allows the user to redeem physical gold bar based on meeting withdrawal requirements. The user can request redeeming the physical gold bar to their specified location.




https://www.onegold.com/redeem




https://www.onegold.com/redeem
</td>
</tr>
</table>

Transparent Ownership

You can tell where your assets are stored and access the details of your holdings at any time.

Physical Redemption

Unlike other forms of precious metals ownership like ETFs or stocks, OneGold allows you to redeem your investments for physical precious metals. Customers who take delivery of physical precious metals get APMEX's best-tier pricing. Metals are shipped by APMEX the next business day.

https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold



**Redeem**

Convert vaulted holdings to physical product via APMEX. Select between any of their 20K+ product options.

https://www.onegold.com/howitworks




## Physical Redemption

Easily convert your vaulted holdings to an APMEX product via the redeem section of the OneGold app. Select from a wide variety of APMEX products, and APMEX will QuickShip the metal directly to you. Through the combined efforts of APMEX and OneGold, it's never been easier to convert your vaulted holdings to cash or physical metal. If you don't see a product you like, give us a call, and we can add one of 30,000 products from the APMEX catalog.

Help

https://www.onegold.com/mobileapp

# Can I trade in my digital metals for physical metals?

Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.

https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals

As shown below, the accused instrumentality allows the user to redeem the physical gold bar to user's location.

ONEGOLD How it works Products Services Resources About Us Credit Card

**Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →**

## Before You Ship

- Redeem orders are typically shipped within one business day and are shipped free of charge to addresses within the U.S.
- International orders will often require a shipping fee. Here is a list of countries we can ship to, along with fees specific to each.

https://www.onegold.com/redeem

- When a redeem order is approved, the order will be shipped to the address that has been verified. You can reach out to us to update this address at any time. You are able to update your address, but any address change request will need to be approved by our internal department before we can update.

https://support.onegold.com/hc/en-us/articles/360055709692-Are-there-any-requirements-to-place-a-redeem-order

| | |
|---|---|
| | <br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |
| adjusting, by the computer-based system, the current balance for the selected commodity in response to the transacting, wherein the step of transacting includes the steps of: | The accused instrumentality practices adjusting, by the computer-based system (e.g., a server of the accused instrumentality), the current balance (e.g., a total quantity) for the selected commodity (e.g., gold) in response to the transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows the user to redeem physical gold bar based on meeting withdrawal requirements. The user can request redeeming the physical gold bar to their specified location. It automatically updates the user's current commodity balance to reflect the change in quantity resulting from that transaction. |


ONEGOLD
How it works
Products
Services
Resources
About Us
Credit Card
Login
Sign Up

Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →

# Physical Redemption

Take possession of physical precious metals easily. The combined efforts of APMEX and OneGold give investors unparalleled convenience, safety, and security.

https://www.onegold.com/redeem



Redeem allows you to convert your vaulted gold, silver, or platinum to physical metal delivered to your address. In doing so, you are selling the vaulted holdings at the current market rate and applying the resulting cash balance to the redeem order. When selling, you will receive the current bid price minus 0.30%.

https://www.onegold.com/redeem

Transparent Ownership

You can tell where your assets are stored and access the details of your holdings at any time.

Physical Redemption

Unlike other forms of precious metals ownership like ETFs or stocks, OneGold allows you to redeem your investments for physical precious metals. Customers who take delivery of physical precious metals get APMEX's best-tier pricing. Metals are shipped by APMEX the next business day.

https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold



**Redeem**

Convert vaulted holdings to physical product via APMEX. Select between any of their 20K+ product options.

https://www.onegold.com/howitworks




## Physical Redemption

Easily convert your vaulted holdings to an APMEX product via the redeem section of the OneGold app. Select from a wide variety of APMEX products, and APMEX will QuickShip the metal directly to you. Through the combined efforts of APMEX and OneGold, it's never been easier to convert your vaulted holdings to cash or physical metal. If you don't see a product you like, give us a call, and we can add one of 30,000 products from the APMEX catalog.

Help

https://www.onegold.com/mobileapp

ONEGOLD How it works Products Services Resources About Us Credit Card

**Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →**

# Before You Ship

- Redeem orders are typically shipped within one business day and are shipped free of charge to addresses within the U.S.
- International orders will often require a shipping fee. Here is a list of countries we can ship to, along with fees specific to each.

| | |
|---|---|
| | https://www.onegold.com/redeem<br><br>OneGold: Buy Gold & Silver<br>About this app<br>Physical Redemption:<br>OneGold customers can sell bullion or convert to a physical delivery in Gold, Silver, and Platinum. OneGold customers can redeem for any Gold, Silver, or Platinum product that APMEX offers, and the order will be shipped within 1-2 business days.<br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |

| | |
|---|---|
| | **Can I trade in my digital metals for physical metals?**<br><br>Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.<br>https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals |




https://www.youtube.com/shorts/BvG6DDhXCAU

| | |
|---|---|
| | <br>https://www.youtube.com/shorts/BvG6DDhXCAU |
| purchasing, by the computer-based system, a purchase quantity of the selected commodity at the price at time of purchase to | The accused instrumentality practices purchasing, by the computer-based system (e.g., a server of the accused instrumentality), a purchase quantity (e.g., ounces, grams, etc.) of the selected commodity (e.g., gold) at the price at time of purchase to lock-in said price (e.g., a current market price at time of purchase) at time of purchase for subsequent delivery (e.g., delivery at a specific location) and redemption (e.g., redeeming physical gold). |

| | |
|---|---|
| lock-in said price at time of purchase for subsequent delivery and redemption, | As shown below, the accused instrumentality allows a user to purchase a specific amount of gold at the current market price, and that price is fixed at the time of purchase. The quantity bought is recorded in the user's account and the user can redeem that same amount of physical metal, based on the quantity originally purchased.<br><br>**How to Start Gold Investing with OneGold**<br><br>With a deep understanding of precious metals unmatched in any competing partnership, APMEX and Sprott came together with a shared vision for the evolution of precious metals ownership. OneGold is the result of the knowledge, experience, and resources of these two globally recognized partners.<br><br>1. Create a free account at OneGold.com.<br>2. Choose between our selection of investment-grade precious metals.<br>3. Low premiums and tight spreads.<br>4. Purchase using Bitcoin, Check, Credit Card or connect your Bank Account.<br>5. No need to wait on funds clearing; you can "buy now, pay later".<br>6. Fully allocated and segregated investment grade precious metals.<br>7. The annual storage fees are .30% for silver and .12% for gold.<br><br>https://www.onegold.com/education-center/gold/how-to-buy-gold |




https://www.youtube.com/watch?v=FQxe6R2kucg




https://www.onegold.com/howitworks

As shown below, the accused instrumentality allows the user to purchase certain ounces of gold at a current market price (e.g., a locked-in price).

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=FQxe6R2kucg |




https://www.youtube.com/watch?v=FQxe6R2kucg




https://www.youtube.com/watch?v=slckRrXW3Gw




https://www.onegold.com/redeem




https://www.onegold.com/redeem

Transparent Ownership

You can tell where your assets are stored and access the details of your holdings at any time.

Physical Redemption

Unlike other forms of precious metals ownership like ETFs or stocks, OneGold allows you to redeem your investments for physical precious metals. Customers who take delivery of physical precious metals get APMEX's best-tier pricing. Metals are shipped by APMEX the next business day.

https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold



**Redeem**

Convert vaulted holdings to physical product via APMEX. Select between any of their 20K+ product options.

https://www.onegold.com/howitworks




## Physical Redemption

Easily convert your vaulted holdings to an APMEX product via the redeem section of the OneGold app. Select from a wide variety of APMEX products, and APMEX will QuickShip the metal directly to you. Through the combined efforts of APMEX and OneGold, it's never been easier to convert your vaulted holdings to cash or physical metal. If you don't see a product you like, give us a call, and we can add one of 30,000 products from the APMEX catalog.

Help

https://www.onegold.com/mobileapp

ONEGOLD How it works Products Services Resources About Us Credit Card

**Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →**

# Before You Ship

- Redeem orders are typically shipped within one business day and are shipped free of charge to addresses within the U.S.
- International orders will often require a shipping fee. Here is a list of countries we can ship to, along with fees specific to each.

https://www.onegold.com/redeem

- When a redeem order is approved, the order will be shipped to the address that has been verified. You can reach out to us to update this address at any time. You are able to update your address, but any address change request will need to be approved by our internal department before we can update.

https://support.onegold.com/hc/en-us/articles/360055709692-Are-there-any-requirements-to-place-a-redeem-order

OneGold: Buy Gold & Silver

About this app

Physical Redemption:

OneGold customers can sell bullion or convert to a physical delivery in Gold, Silver, and Platinum. OneGold customers can redeem for any Gold, Silver, or Platinum product that APMEX offers, and the order will be shipped within 1-2 business days.

https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US

| | |
|---|---|
| | Can I trade in my digital metals for physical metals?<br><br>Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.<br>https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals |

| | |
|---|---|
| | <br>https://www.youtube.com/shorts/BvG6DDhXCAU |

| | |
|---|---|
| |   https://www.youtube.com/shorts/BvG6DDhXCAU |
| redeeming, by the computer-based system, subsequently a redeemed quantity of the selected commodity at a | The accused instrumentality practices redeeming (e.g., redemption of physical gold bar), by the computer-based system (e.g., a server of the accused instrumentality), subsequently a redeemed quantity (e.g., amount of gold to be redeemed, etc.) of the selected commodity (e.g., gold) at a subsequent date (e.g., a transaction date), the redeemed quantity (e.g., amount of gold to be redeemed, etc.) being at least a portion of the current balance (e.g., available amount balance). |

| | |
|---|---|
| subsequent date, the redeemed quantity being at least a portion of the current balance; | As shown below, the accused instrumentality allows users to redeem physical gold bar to a user's desired location. The quantity redeemed must be at least a portion of the balance currently held in the account and must also satisfy the applicable minimum withdrawal requirements. Upon completion of the redemption, the corresponding quantity is deducted from the account, and delivery of the physical metal is arranged in accordance with the platform's procedures.<br><br><br>https://www.onegold.com/redeem |

| | |
|---|---|
| |  Redeem allows you to convert your vaulted gold, silver, or platinum to physical metal delivered to your address. In doing so, you are selling the vaulted holdings at the current market rate and applying the resulting cash balance to the redeem order. When selling, you will receive the current bid price minus 0.30%.<br>https://www.onegold.com/redeem<br><br>Transparent Ownership<br>You can tell where your assets are stored and access the details of your holdings at any time.<br><br>Physical Redemption<br>Unlike other forms of precious metals ownership like ETFs or stocks, OneGold allows you to redeem your investments for physical precious metals. Customers who take delivery of physical precious metals get APMEX's best-tier pricing. Metals are shipped by APMEX the next business day.<br>https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold |



**Redeem**

Convert vaulted holdings to physical product via APMEX. Select between any of their 20K+ product options.

https://www.onegold.com/howitworks




**Physical Redemption**

Easily convert your vaulted holdings to an APMEX product via the redeem section of the OneGold app. Select from a wide variety of APMEX products, and APMEX will QuickShip the metal directly to you. Through the combined efforts of APMEX and OneGold, it's never been easier to convert your vaulted holdings to cash or physical metal. If you don't see a product you like, give us a call, and we can add one of 30,000 products from the APMEX catalog.

Help

https://www.onegold.com/mobileapp

ONEGOLD How it works Products Services Resources About Us Credit Card

Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →

## Before You Ship

- Redeem orders are typically shipped within one business day and are shipped free of charge to addresses within the U.S.
- International orders will often require a shipping fee. Here is a list of countries we can ship to, along with fees specific to each.

https://www.onegold.com/redeem

- When a redeem order is approved, the order will be shipped to the address that has been verified. You can reach out to us to update this address at any time. You are able to update your address, but any address change request will need to be approved by our internal department before we can update.

https://support.onegold.com/hc/en-us/articles/360055709692-Are-there-any-requirements-to-place-a-redeem-order

| | |
|---|---|
| | OneGold: Buy Gold & Silver<br>About this app<br><br>Physical Redemption:<br><br>OneGold customers can sell bullion or convert to a physical delivery in Gold, Silver, and Platinum. OneGold customers can redeem for any Gold, Silver, or Platinum product that APMEX offers, and the order will be shipped within 1-2 business days.<br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |

| | |
|---|---|
| | **Can I trade in my digital metals for physical metals?**<br><br>Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.<br>https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals |

| | |
|---|---|
| | The redeem process occurs as follows:<br><br>• When owning Canadian, Switzerland, UK, or U.S. Products, you own a portion of a pooled position held at the Royal Canadian Mint, Switzerland, United Kingdom, or in the U.S. The metal may consist of silver, gold, or platinum in a variety of forms including, but not limited to, bars, and coins.<br>• Due to the storage locations storing the metals in a pooled position, there is not a process in place to separate and ship the metals for individual account holders. OneGold has a system in place where you can redeem your account holdings for physical products. When you redeem, metal is sold back to the OneGold at the current market value and the value of the metal can be used to purchase physical products through APMEX.<br>• When redeeming, you are selling your existing vaulted holdings at the current spot price -0.30% and applying the resulting cash balance to the physical APMEX product.<br><br>https://support.onegold.com/hc/en-us/articles/360056156891-How-does-the-Redeem-process-work |

| | |
|---|---|
| | <br>https://www.youtube.com/shorts/BvG6DDhXCAU |

| | |
|---|---|
| | <br>https://www.youtube.com/shorts/BvG6DDhXCAU |
| identifying a zone for redemption for the account balance of each commodity, identifying at least another zone of | The accused instrumentality practices identifying a zone (e.g., a first delivery location) for redemption (e.g., redeeming physical gold bar) for the account balance (e.g., a current amount balance) of each commodity (e.g., gold), identifying at least another zone (e.g., a second delivery location) of redemption (e.g., redeeming physical gold bar), and converting (e.g., setting a different location) at least a portion of the account balance of at least one commodity to an account balance (e.g., a current amount balance) for the another zone (e.g., a different location) of redemption (e.g., redeeming physical gold bar). |

| | |
|---|---|
| redemption, and converting at least a portion of the account balance of at least one commodity to an account balance for the another zone of redemption; and | As shown below, a delivery location (or redemption zone) is selected by the user for redeeming the physical gold corresponding to the user's account balance. The accused instrumentality also allows user to redeem gold in another delivery location. Redemption in different zones involve different applicable charges, including shipping costs, local taxes, etc. depending on the destination and regulatory requirements. These costs are included in accordance with the selected delivery location.<br><br><br>https://www.onegold.com/redeem |

| | |
|---|---|
| |  Redeem allows you to convert your vaulted gold, silver, or platinum to physical metal delivered to your address. In doing so, you are selling the vaulted holdings at the current market rate and applying the resulting cash balance to the redeem order. When selling, you will receive the current bid price minus 0.30%.<br>https://www.onegold.com/redeem<br><br>Transparent Ownership<br>You can tell where your assets are stored and access the details of your holdings at any time.<br><br>Physical Redemption<br>Unlike other forms of precious metals ownership like ETFs or stocks, OneGold allows you to redeem your investments for physical precious metals. Customers who take delivery of physical precious metals get APMEX's best-tier pricing. Metals are shipped by APMEX the next business day.<br>https://www.onegold.com/education-center/investing-guide/why-buy-with-onegold |



**Redeem**

Convert vaulted holdings to physical product via APMEX. Select between any of their 20K+ product options.

https://www.onegold.com/howitworks




**Physical Redemption**

Easily convert your vaulted holdings to an APMEX product via the redeem section of the OneGold app. Select from a wide variety of APMEX products, and APMEX will QuickShip the metal directly to you. Through the combined efforts of APMEX and OneGold, it's never been easier to convert your vaulted holdings to cash or physical metal. If you don't see a product you like, give us a call, and we can add one of 30,000 products from the APMEX catalog.

Help

https://www.onegold.com/mobileapp

ONEGOLD How it works Products Services Resources About Us Credit Card

Coming Soon: The OneGold Card - Spend Your Metal Like Currency. Get Early Access →

## Before You Ship

- Redeem orders are typically shipped within one business day and are shipped free of charge to addresses within the U.S.
- International orders will often require a shipping fee. Here is a list of countries we can ship to, along with fees specific to each.

https://www.onegold.com/redeem

- When a redeem order is approved, the order will be shipped to the address that has been verified. You can reach out to us to update this address at any time. You are able to update your address, but any address change request will need to be approved by our internal department before we can update.

https://support.onegold.com/hc/en-us/articles/360055709692-Are-there-any-requirements-to-place-a-redeem-order

| | |
|---|---|
| | <br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |

| | |
|---|---|
| | The redeem process occurs as follows:<br>• When owning Canadian, Switzerland, UK, or U.S. Products, you own a portion of a pooled position held at the Royal Canadian Mint, Switzerland, United Kingdom, or in the U.S. The metal may consist of silver, gold, or platinum in a variety of forms including, but not limited to, bars, and coins.<br>• Due to the storage locations storing the metals in a pooled position, there is not a process in place to separate and ship the metals for individual account holders. OneGold has a system in place where you can redeem your account holdings for physical products. When you redeem, metal is sold back to the OneGold at the current market value and the value of the metal can be used to purchase physical products through APMEX.<br>• When redeeming, you are selling your existing vaulted holdings at the current spot price -0.30% and applying the resulting cash balance to the physical APMEX product.<br>https://support.onegold.com/hc/en-us/articles/360056156891-How-does-the-Redeem-process-work |

| | |
|---|---|
| | **Can I trade in my digital metals for physical metals?**<br><br>Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.<br>https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals |

| | |
|---|---|
| | <br>https://www.youtube.com/shorts/BvG6DDhXCAU |

| | |
|---|---|
| | <br><br>https://www.youtube.com/shorts/BvG6DDhXCAU |
| permitting, by the computer-based system, access to the account for repeating the step of transacting. | The accused instrumentality practices permitting, by the computer-based system (e.g., a server of the accused instrumentality), access to the account (e.g., a user's account) for repeating the step of transacting (e.g., an online transaction).<br><br>As shown below, the accused instrumentality allows users to repeat transactions such as purchasing, redemption, etc. based on meeting the minimum requirements. |

# What is the difference in using the mobile app and mobile website?

The OneGold mobile app will enable users to access their accounts, transact, read gold and silver-related news, and monitor portfolio performance, all without needing to log in to the mobile site. The app is also designed for mobile use, so it is optimized for your mobile device.

https://support.onegold.com/hc/en-us/articles/360038340811-What-is-the-difference-in-using-the-mobile-app-and-mobile-website

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=FQxe6R2kucg |

**Pre-Fund**

Send funds to your OneGold cash balance.
If you prefer not to pre-fund, you may skip this step and lock in pricing from the buy page.

**Buy**

Lock in your buy order at the current spot price.

**Secure Storage**

Rest assured as metals are held with proven storage partners such as MKS PAMP, Loomis International, Brinks, APMEX, and The Royal Canadian Mint, or at other physically secure locations. Metals are insured through the Lloyd's of London.

**Redeem**

Convert vaulted holdings to physical product via APMEX. Select between any of their 20K+ product options.

**Sell**

Holdings can be liquidated 24 hours a day.

https://www.onegold.com/howitworks

| | |
|---|---|
| | **How to Start Gold Investing with OneGold**<br><br>With a deep understanding of precious metals unmatched in any competing partnership, APMEX and Sprott came together with a shared vision for the evolution of precious metals ownership. OneGold is the result of the knowledge, experience, and resources of these two globally recognized partners.<br><br>1. Create a free account at OneGold.com.<br>2. Choose between our selection of investment-grade precious metals.<br>3. Low premiums and tight spreads.<br>4. Purchase using Bitcoin, Check, Credit Card or connect your Bank Account.<br>5. No need to wait on funds clearing; you can "buy now, pay later".<br>6. Fully allocated and segregated investment grade precious metals.<br>7. The annual storage fees are .30% for silver and .12% for gold.<br><br>https://www.onegold.com/education-center/gold/how-to-buy-gold |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=FQxe6R2kucg |




https://www.onegold.com/redeem




https://www.onegold.com/mobileapp

| | |
|---|---|
| | OneGold: Buy Gold & Silver<br>About this app<br>Physical Redemption:<br>OneGold customers can sell bullion or convert to a physical delivery in Gold, Silver, and Platinum. OneGold customers can redeem for any Gold, Silver, or Platinum product that APMEX offers, and the order will be shipped within 1-2 business days.<br>https://play.google.com/store/apps/details?id=com.onegold.ogapp.prod&hl=en_US |

# Can I trade in my digital metals for physical metals?

Yes. We have enabled the option to trade current digital assets for physical metal. Simply chose the products you wish to redeem for and select the digital product you would like to trade out of your position. We'll take care of the rest.

https://support.onegold.com/hc/en-us/articles/360016287111-Can-I-trade-in-my-digital-metals-for-physical-metals

| | |
|---|---|
| | <br>https://www.youtube.com/shorts/BvG6DDhXCAU |




https://www.youtube.com/shorts/BvG6DDhXCAU